UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2013 OCT 23  PM 4: 29
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. |
| AUSTIN WILLIAMS, | ) 1:13-cr-0226 WTL-DML |
| Defendant. | ) |

### INDICTMENT

#### COUNT 1
Sexual Exploitation of a minor, Girl #1
18 U.S.C. § 2251(a)

The grand jury charges that:

1. On or about and between May 28, 2012 and January 24, 2013, in the Southern District of Indiana and elsewhere, the defendant, AUSTIN WILLIAMS, did attempt to employ, use, persuade, induce, entice, and coerce Girl #1, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate of foreign commerce or mailed, or such visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by

computer, or such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed or in or affecting interstate or foreign commerce or mailed.

All of which is a violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
Sexual Exploitation of a minor, Girl #2
18 U.S.C. § 2251(a)

The grand jury further charges that:

2.   On or about and between July 8, 2012 and January 24, 2013, in the Southern District of Indiana and elsewhere, the defendant, AUSTIN WILLIAMS, did attempt to employ, use, persuade, induce, entice, and coerce Girl #2, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate of foreign commerce or mailed, or such visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed or in or affecting interstate or foreign commerce or mailed.

All of which is a violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 3
Sexual Exploitation of a minor, Girl #3
18 U.S.C. § 2251(a)

The grand jury further charges that:

3. On or about and between January 16, 2013 and January 24, 2013, in the Southern District of Indiana and elsewhere, the defendant, AUSTIN WILLIAMS, did attempt to employ, use, persuade, induce, entice, and coerce Girl #3, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate of foreign commerce or mailed, or such visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed or in or affecting interstate or foreign commerce or mailed.

All of which is a violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 4
Enticement of a minor, Girl #4
18 U.S.C. § 2422(b)

The grand jury further charges that:

4. On or about and between June 10, 2012 and January 24, 2013, in the Southern District of Indiana, the defendant, AUSTIN WILLIAMS, did use a facility and means of interstate or foreign commerce, the Internet and a cellular phone, to attempt to knowingly persuade, induce, and entice an individual who had not attained the age of 18, Girl #4, to engage in sexual activity for which a person can be criminally charged under Indiana state law.

5. Indiana state law prohibits any person from performing sexual intercourse or deviate sexual conduct with a child less than 14 years of age. Indiana Code, Section 35-42-4-3.

6. Indiana state law also prohibits any person who is at least 18 year of age from performing sexual intercourse or deviate sexual conduct with a child at least 14 years of age but less than 16 years of age. Indiana Code, Section 35-42-4-9.

All of which is in violation of Title 18, United States Code, Section 2422(b).

## COUNT 5
Enticement of a minor, Girl #5
18 U.S.C. § 2422(b)

The grand jury further charges that:

7. On or about and between June 23, 2012 and January 24, 2013, in

the Southern District of Indiana, the defendant, AUSTIN WILLIAMS, did use a facility and means of interstate or foreign commerce, the Internet and a cellular phone, to attempt to knowingly persuade, induce, and entice an individual who had not attained the age of 18, Girl #5, to engage in sexual activity for which a person can be criminally charged under Indiana state law.

8. Indiana state law prohibits any person from knowingly or intentionally having sexual intercourse with a member of the opposite sex when the other person is compelled by force or imminent threat of force. Indiana Code, Section 35-42-4-1.

9. Indiana state law also prohibits any person who is at least 18 year of age from performing sexual intercourse or deviate sexual conduct with a child at least 14 years of age but less than 16 years of age. Indiana Code, Section 35-42-4-9.

All of which is in violation of Title 18, United States Code, Section 2422(b).

**COUNT 6**
Distribution of Child Pornography and Attempt
18 U.S.C. § 2252(a)(2)

The grand jury further charges that:

10. On or about January 16, 2013, in the Southern District of Indiana and elsewhere, the defendant, AUSTIN WILLIAMS, knowingly distributed, and attempted to distribute, a visual depiction using any means or facility of

interstate or foreign commerce and in and affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, that is: the defendant knowingly distributed and attempted to distribute a collage comprised of 13 images, labeled "Exposing U hoes!! #2" which contained a visual depiction of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All of which is a violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

### COUNT 7
Distribution of Child Pornography and Attempt
18 U.S.C. § 2252(a)(2)

The grand jury further charges that:

11. On or about September 22, 2012, in the Southern District of Indiana and elsewhere, the defendant, AUSTIN WILLIAMS, knowingly distributed, and attempted to distribute, a visual depiction using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, that is: the defendant

knowingly distributed and attempted to distribute the following computer file, which contained a visual depiction of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A):

1348292488631.jpg (611865551216338)

All of which is a violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

**COUNT 8**
Possession of Child Pornography
18 U.S.C. § 2252(a)(4)(B)

The grand jury further charges that:

12. On or about January 24, 2013, within the Southern District of Indiana, AUSTIN WILLIAMS, knowingly possessed more than 1 images, films, videotapes, or other matter which contained any visual depiction that had been mailed, or had been shipped or transported in interstate or foreign commerce, or which was produced using materials which had been mailed or so shipped or transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct; that is AUSTIN WILLIAMS knowingly possessed a cellular telephone which contained numerous images of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), such as:

On the LG Rumor Touch Cellular Telephone:

| 08262012160814.jpg<br>09172012000127.jpg<br><br>MMS1042658422.PDU_embedded_1.jpg<br>MMS1042800089.PDU_embedded_1.jpg<br>MMS1042239834.PDU_embedded_1.jpg<br>MMS1042239395.PDU_embedded_1.jpg | 0193.jpg<br><br>MMS1042800378.PDU_embedded_1.jpg<br>MMS1042489650.PDU_embedded_1.jpg<br>MMS1042449366.PDU_embedded_1.jpg | 0189.jpg<br>MMS1043093103.PDU_embedded_1.jpg<br>MMS1043083901.PDU_embedded_1.jpg<br>MMS1042488264.PDU_embedded_1.jpg<br>MMS1042466817.PDU_embedded_1.jpg |
|---|---|---|

All of which is a violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## Forfeiture Allegations

13. The allegations in this Indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253. In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of defendant for a violation of Chapter 110, Title 18, United States Code, Section 2252 as set forth in this Indictment, the defendant herein, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of any of the offenses set

forth in the Indictment of which he is convicted. Such property includes, but is not limited to, all items found in his possession on or about January 24, 2013.

A TRUE BILL:



FOREPERSON

JOSEPH H. HOGSETT
United States Attorney

by: _____
Steven D. DeBrota
Assistant United States Attorney

_____
Amy Larson
Trial Attorney
United States Department of Justice
Child Exploitation and Obscenity Section