UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:13-CR-226-WTL |
| AUSTIN WILLIAMS, | ) |
| Defendant. | ) |

**Factual Basis for Guilty Plea**

The United States of America, by counsel, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and Steven D. DeBrota, Senior Litigation Counsel, and the Defendant, Austin Williams, in person and by counsel, Gwendolyn Beitz, hereby submit this factual basis to support the guilty plea in the instant case.

The parties stipulate and agree that the United States could prove the facts provided below to a jury beyond a reasonable doubt if the case went to trial. The parties reserve the right to present additional evidence at the time of sentencing if they so choose. This pleading is not intended to foreclose the presentation of such evidence.

1. On or about and between May 28, 2012 and January 24, 2013, Austin Williams ("Williams") communicated with numerous minor females using a social networking site, Facebook, utilizing two fictitious identities: Dorisha Simmons and Darien Sims. Williams used these profiles to persuade,

1

induce, and entice these minors to take sexually explicit photographs of themselves and to send him these images using Facebook and the Internet. Williams also used a cellular telephone, with the phone number (317) 250-8242, and text messaging for this purpose.

2. Between May 28, 2012 and January 24, 2013, Williams utilized the fraudulent Facebook profile Darien Sims to communicate with Girl #1, a 15 year old female, over the Internet. Williams also used his cellular telephone to persuade Girl #1 to take sexually explicit photographs of herself and to send those images to him. Williams sent Girl #1 a series of text messages in which he directed the minor female to pose for these photographs in sexually suggestive manners, fully nude. In response to these text messages, Girl #1 sent Williams a series of images depicting this minor engaging in sexually explicit conduct.

3. Williams possessed three images on his cellular phone which depict Girl #1 and which were sent to Williams, at his request, by Girl #1 via text message. These images depict the following:

a. Girl #1 standing in front of a pink framed mirror in a bedroom. The minor's face is obscured by the flash in the mirror. She is clothed in light blue patterned underwear and a black bra. (PHOTO1)

b. Girl #1 standing in front of the above-mentioned mirror, completely nude. She is standing, in front of a bed, with her legs spread. Girl #1 is facing the mirror and pinching the nipple on her right breast with her

right hand. Girl #1 breasts and genital or pubic area are visible, and they appear to be the focal point of the image. (PHOTO2)

c. Girl #1, completely nude, standing bent over with her buttocks exposed to a mirror. Her left hand is holding a cell phone between her legs. She is posed in such a way that her genital and anal areas are visible and appear to be the focal point of the image. (PHOTO3)

4. Between July 8, 2012 and January 24, 2013, Williams utilized the fraudulent Facebook profile Darien Sims to communicate with Girl #2, a 14 year old female, over the Internet. In an effort induce, entice and persuade Girl #2 to take sexually explicit photographs of herself and to send them to him, Williams sent Girl #2 a series of images, depicting Girl #1. Williams sent Girl #2 PHOTO 1 and PHOTO 3, which both depict Girl #1, fully described above. In a series of Facebook messages, Williams directed Girl #2 to pose for these photographs in sexually suggestive manners, and he directed her to remove her clothing. In response to these messages, Girl #2 sent a series of images to Williams via Facebook and the Internet, which depict this minor engaging in sexually explicit conduct. These images depict the following:

a. Girl #2 bent over, fully nude, in front of a mirror. Girl #2 is posed in such a way and the camera is focused in such a way that her genital area is visible and is the focal point of the image.

b. Girl #2, seated with her legs spread, nude from the waist down. Girl #2 is posed in such a way and the camera is focused in such a way

that her genital or pubic area is visible and is the focal point of the image.

 c. Girl #2, lying on a bed with her legs lifted in the air, nude from the waist down. Girl #2 is posed in such a way and the camera is focused in such a way that her genital or pubic area is visible and is the focal point of the image.

 5. Between January 16, 2013 and January 24, 2013, Williams utilized the fraudulent Facebook profile Darien Seems to communicate with Girl #3, a 14 year old female, over the Internet. Williams also used his cellular telephone to induce, persuade and entice Girl #3 to take sexually explicit photographs of herself and to send them to him. Williams sent Girl #3 a series of text messages in which he directed the minor female to pose for these photographs in sexually suggestive manners and in various states of undress. In response to these text messages, Girl #3 sent Williams a series of images depicting this minor engaging in sexually explicit conduct.

 6. Williams possessed six images on his cellular phone which depict Girl #3 and which were sent by Girl #3 via text message at Williams' request. These images depict the following:

 a. Girl #3, standing in front of a mirror, wearing a pink top black pants.

 b. Girl #3, standing in a bedroom, fully clothed, wearing a red sleeveless shirt and black shorts.

c.  Girl #3, standing, nude from the waist up. Only a portion of her face is visible. Her breasts are visible and appear to be the focal point of the image.

d.  Girl #3, standing, nude from the waist down. She is facing away from the camera and her bare buttocks are visible in the image.

e.  Girl #3, standing, turned to the side. She is nude from the waist down.

f.  Girl #3 standing in front of the mirror in a bathroom. She is wearing a short denim jacket and is nude from the waist down. Her right breast is visible in the image. Furthermore, her genital or pubic area is visible and appears to be the focal point of the image.

7. Between June 10, 2012 and January 24, 2013, Williams utilized the fraudulent Facebook profile Darien Sims to communicate with Girl #4, a 13 year old female, over the Internet. Williams also used his cellular telephone to attempt to solicit sexually explicit pictures from Girl #1 and to persuade her to meet him in person and to engage in sexual activity with him.

8. Following a series of text message exchanges, on more than one occasion, Williams drove to Girl #4's residence, picked her up and drove her to his residence. On at least two of these occasions, Williams engaged in sexual intercourse with Girl #4.

9. On or about and between June 23, 2012 and January 24, 2013, Williams utilized the fraudulent Facebook profiles Darien Sims and Dorisha Simmons to communicate with Girl #5, a 15 year old female, over the Internet. Williams also used his cellular telephone to attempt to solicit sexually explicit pictures from Girl #5 and to persuade her to meet him in person and to engage in sexual activity with him.

10. On January 16, 2013, Williams drove to Girl #5's residence, picked her up and drove her to his residence. Williams engaged in sexual activity with this minor inside his residence.

11. On January 19, 2013, Williams drove to Girl #5's home. MV10 went home. He engaged in sexual intercourse with Girl #5 on that date.

12. On September 22, 2012, Williams, utilizing the Darien Sims Facebook account, attempted to elicit nude photographs from a 14 year old minor female. In order to attempt to induce or persuade this minor female to take and send sexually explicit photographs of herself to him, Williams sent PHOTO3, described above, to this minor female via Facebook and the Internet. Williams claimed that the image, which depicted Girl #1, depicted the fictitious minor female Darien Sims.

13. On January 16, 2013, Williams uploaded a collage of images to the Darien Sims Facebook account, using the Internet to do so. This collage contains 13 images depicting females, including minor females, in various states of undress. The females are depicted fully nude, nude from the waist up

so that their bare breasts are exposed, and females dressed only in a bra and underpants. Red writing across this collage reads, "Exposing U hoes!! #2." PHOTO3, described above, is prominently displayed in the center of the collage. PHOTO1, described above, is also featured on the bottom of this collage.

14. Williams' date of birth is January 29, 1991. On January 24, 2013, Williams cellular telephone contained over 100 images stored to the phone's memory, the majority of which depicted what appeared to be minor females in various states of undress. Williams' phone contained images depicting Girl #1, including PHOTO 2 and PHOTO 3 fully described in paragraphs 3b and 3c. Williams' phone also contained images depicting Girl #3, including the image fully described in paragraph 6f.

Respectfully submitted,

JOSEPH H. HOGSETT
UNITED STATES ATTORNEY

4/24/14
Date

Steven D. DeBrota
Senior Litigation Counsel

4/17/2014
Date

Austin Williams
Defendant

4/17/2014
Date

Gwendolyn Beitz
Attorney for Defendant

7